USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.A.-T., *individually and on behalf a child with a disability*, and D.B., *individually and on behalf of a child with a disability*,

      Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

      Defendant.

No. 22-cv-6531 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: November 15, 2022
    New York, New York

                Hon. Ronnie Abrams
                United States District Judge